**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: August 28, 2014**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 11-30198 |
| STEPHEN M. NAGEL<br>AMY M. DEAN-NAGEL | : | Chapter 7 |
| | : | Judge Lawrence S. Walter |
| Debtors | | |

### ORDER SUSTAINING AMENDED MOTION OF TRUSTEE TO SETTLE AND COMPROMISE

This matter is before the Court upon the Amended Motion of Trustee to Settle and Compromise (Doc. 69)("the Amended Motion") filed by Trustee Paul H. Spaeth herein.

The Court finds that no response has been filed by Debtor to the Motion and that more than twenty-one (21) days has elapsed since the service of same.

Accordingly, it is hereby **ORDERED** that the Amended Motion is **SUSTAINED** and that the Trustee is authorized to settle the claims of the estate with respect to the settlement of the personal injury claim described therein and also as more fully described in the Motion of Trustee to Settle and Compromise (Doc. 68) previously filed (which was amended with respect to the amount to be disbursed to Anthem as described in the Amended Motion).

**IT IS SO ORDERED.**

cc: Default List

# # #